# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES M. JUDD,
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF WHITE
PINE,
Respondent,
   and
STEVE L. DOBRESCU, DISTRICT
JUDGE,
Real Party in Interest.

No. 77756

FILED

MAR 2 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This pro se petition was docketed in this court on December 28, 2018, without payment of the requisite filing fee. On January 29, 2019, this court issued an order directing petitioner to pay the filing fee or file an affidavit demonstrating his inability to pay within 30 days or the petition would be dismissed. To date, petitioner has not paid the filing fee or demonstrated that he is exempt from paying the filing fee. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A. B.*

cc:   Hon. Steve L. Dobrescu, District Judge
      James M. Judd
      Attorney General/Carson City
      White Pine County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-13263